UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
          :
MAGDIELA GONZALEZ and RITA BONGIOVI,     :
*individually and on behalf of all others similarly situated*,  :
          :      20-CV-0888 (JMF)
          Plaintiffs,      :
          :      <u>ORDER</u>
     -v-      :
          :
GOJO INDUSTRIES, INC.,      :
          :
          Defendant.      :
          :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On June 22, 2020, Defendant filed a motion to transfer venue to the Northern District of Ohio.  ECF No. 23.  On June 26, 2020, the Court extended Defendant's deadline to answer or respond to the Complaint to three weeks after the Court resolves the pending motion to transfer.  ECF No. 26.  Plaintiff filed an amended complaint on July 2, 2020, ECF No. 27, apparently in lieu of opposing the motion to transfer.  Accordingly, by **July 17, 2020**, Defendant shall: (1) file a new motion to transfer venue; (2) file a letter on ECF stating that it relies on the previously filed motion to transfer; or (3) withdraw the pending motion to transfer, in which case it shall file its answer or otherwise respond to the Amended Complaint within three weeks of the date on which the motion to transfer is withdrawn.

      SO ORDERED.

Dated: July 7, 2020
      New York, New York              _____
                                        JESSE M. FURMAN
                                  United States District Judge